HONORABLE **MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAPE HAZE INVESTMENTS, LTD. and
THOMAS C. SCOTT,

          Plaintiffs,

    v.

RICHARD D. EILERS,

          Defendant.

NO. C08-0809MJP

JUDGMENT AGAINST
DEFENDANT

     The Clerk shall enter Judgment as set forth in the following Judgment Summary.

**JUDGMENT SUMMARY**

    1.     Judgment Creditors:  Cape Haze Investments, Ltd. and Thomas C. Scott.

    2.     Judgment Creditors' Attorneys:  Thomas F. Peterson and Adam R. Asher, Socius Law Group, PLLC, 601 Union Street, Suite 4950, Seattle, WA  98101, (206) 838-9100.

    3.     Judgment Debtor:  Richard D. Eilers.

    4.     Judgment Debtor's Attorney:   Brian H. Krikorian, 2110 N. Pacific St., Suite 100, Seattle, WA  98103, (206) 547-1942.

    5.     Amount of Judgment (Principal):  $195,987.90.

    6.     Pre-Judgment Interest:  $106,340.92 (at 10.25 percent per annum).

JUDGMENT AGAINST DEFENDANT        -1-

7.      Award of Attorneys' Fees and Costs:  $117,288.70.

8.      Total Judgment:      $419,617.52

9.      Post-Judgment Interest:  10.25 percent per annum.

The Court, having reviewed Plaintiffs' Motion for Entry of Judgment; having

reviewed the opposition filed by Defendant, if any; having reviewed any reply of Plaintiffs;

having reviewed the Court file and being in all respects fully advised in the premises of this

matter, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered against

Defendant Richard Eilers and for Plaintiffs Cape Haze Investments, Ltd. and Thomas C.

Scott in the amount of $419,617.52, which shall bear post-judgment interest at the rate of

10.25 percent.

DATED this _15th _ day of November, 2010.

BY THE COURT:

_____

Marsha J. Pechman
United States District Judge

**Presented by:**

SOCIUS LAW GROUP, PLLC


By  _s/_Adam R. Asher_____
      Thomas F. Peterson, WSBA #16587
      Adam R. Asher, WSBA #35517
      601 Union Street, Suite 4950
      Seattle, WA  98101
      E-mail:  tpeterson@sociuslaw.com
                    aasher@sociuslaw.com
      Telephone: (206) 838-9100
*Attorneys for Plaintiffs Cape Haze Investments, Ltd. and Thomas C. Scott*

JUDGMENT AGAINST DEFENDANT                -2-